# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

ERVIN MIDDLETON,

    Plaintiff,

v.

RECONTRUST COMPANY, N.A., *et al.*,

    Defendants.

Case No. 2:14-cv-00477-LDG (GWF)

**ORDER**

For good cause shown,

THE COURT **ORDERS** that Defendant ReconTrust Company, N.A.'s Motion to Set Aside Default Due to Improper Service of Process (#5), which motion Plaintiff Ervin Middleton has not opposed, is GRANTED;

THE COURT **FURTHER ORDERS** that Defendant ReconTrust Company, N.A.'s Motion to Dismiss Due to Improper Service of Process (#6), which motion Plaintiff Ervin Middleton has not opposed,[1] is GRANTED.  This matter is CLOSED.

DATED this __5th__ day of June, 2014.

                              Lloyd D. George
                              United States District Judge

---

[1] The Court notified the plaintiff, who is proceeding *pro se,* that a motion to dismiss had been filed, and of the plaintiff's obligations and time limits in opposing such a motion.